AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> PLAYMAKER HOLDINGS, LLC d/b/a PLAYMAKERHQ AND BRANDON HARRIS <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 0:25-cv-60632-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brandon Harris
8292 Fishers Island Way
Boca Raton, FL 33434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Apr 2, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ Clifford Charles
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>PLAYMAKER HOLDINGS, LLC d/b/a PLAYMAKERHQ AND BRANDON HARRIS<br><br>*Defendant(s)* | Civil Action No.  0:25-cv-60632-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Playmaker Holdings LLC d/b/a PlaymakerHQ
c/o Brandon Harris
805 E Hillsboro Blvd, Suite 102
Deerfield Beach, FL 33441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 2, 2025

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court